# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN T. NELSON, <br><br> *Plaintiff,* <br><br> v. <br><br><br> LORI GREEN, ET AL., <br><br> *Defendants.* | CASE NO. 3:06-cv-00070 <br><br><br><br> **MEMORANDUM OPINION AND ORDER** |

This matter is before the Court on Defendants' Motion to Modify (hereinafter "Motion to Modify") (docket no. 162) this Court's October 31, 2013 pretrial order. Defendants ask this Court to amend its pretrial order attached to its order on October 31, 2013 ("Pretrial Order") (docket no. 161) to begin the deadlines in that Pretrial Order on the date this Court issues an order disposing of Defendants' motion to dismiss. The Court's order will likely affect the number and identity of witnesses and documents disclosed in initial disclosures, the number and fields of experts, and the number of estimated days for trial, Defendants argue. They note Defendant Viola Vaughan-Eden consents to this delay in the start date for the Pretrial Order's deadlines, but that Plaintiff John T. Nelson does not.

I find there is good cause to grant Defendants' motion to extend the deadlines for setting a trial date, conducting discovery and initial disclosures, and all other deadlines in the Pretrial Order, for the reasons noted by Defendants in their Motion to Modify. I will therefore GRANT Defendants' Motion to Modify (docket no. 162) and AMEND the Pretrial Order (docket no. 161)

1

so that the date from which to calculate its deadlines will be the date this Court enters an order disposing of Defendants' motions to dismiss (docket nos. 144 and 150).

It is so ordered.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this __6th__ day of November, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE